IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | 8:24CR124 |
| ) | |
| vs.   ) | |
| ) | ORDER |
| AARON T. LUNEKE,   ) | |
| Defendant   ) | |
| ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [78]. The matter came on for telephonic hearing on August 8, 2025. For the reasons set forth in the motion, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [78] is granted as follows:

1. The jury trial, now set for August 19, 2025, is continued to **November 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 18, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No additional continuances of the trial date will be granted absent a request for hearing and a showing of exceptional good cause.**

**DATED: August 8, 2025.**

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**