IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON T. LUNEKE,

Defendant.

**8:24-CR-124**

**ORDER REGARDING COURT'S DRAFT JURY INSTRUCTIONS AND VERDICT FORM**

This matter is before the Court in preparation for a jury trial set to begin on Monday, February 23, 2026. Attached to this order are the Court's draft jury instructions and a draft verdict form. The parties should note that the Court has utilized model jury instruction language where appropriate. The parties should be prepared to discuss Instruction No. 1 at the pretrial conference on Monday, February 23, 2026, at 8:30 a.m. That instruction will need to be given to the jury on February 23. The remaining instructions will be discussed during at least one jury instruction conference that the Court will set toward the end of the trial. During all jury instruction conferences, the Court will hear the parties' objections to the draft jury instructions and draft verdict form. However, the opportunity to object is not an invitation to "wordsmith" the instructions. Merely "preferring" different language is not a ground for an objection. Any objections raised during the jury instruction conferences must be based on expected and identified evidence in the case. The objecting attorney must provide supporting legal authority for the objection and must propose alternative language. If the party has no such authority, the party is expected to be prepared and to acknowledge the lack of authority on the record during the jury instruction conference. The parties

1

are of course welcome to point out any typographical errors in the draft instructions or draft verdict form.

With regard to any requested instruction that the Court has not included in its draft instructions, if a party wishes to object on the basis that such instruction will not be given, the party seeking the additional instruction is ordered to provide the Court any legal authority as to why the law requires such instruction to be given to the jury. If no legal authority exists requiring such instruction to be given, the party is expected to acknowledge the lack of authority on the record.

Accordingly,

IT IS ORDERED that the parties will be permitted to raise objections to the Court's draft jury instructions and draft verdict form during the jury instruction conference or conferences, but any objection must be based on expected and identified evidence in the case, supported by legal authority, and accompanied by proposed alternative language.

Dated this 20th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge