**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AARON T. LUNEKE,

      Defendant.

Case No. 8:24-cr-124

**MOTION TO WITHDRAW**

Kenneth W. Hartman, of Baird Holm LLP, on behalf Alexandra M. Speakar, respectfully moves the Court for leave for Ms. Speakar's withdraw as counsel of record for Respondent Bank of the Valley ("Respondent") in the above-captioned matter.

In support of this Motion, counsel for Respondent states as follows:

1. Ms. Speakar entered her appearance on behalf of Respondent in this matter.

2. I, Kenneth W. Hartman, of Baird Holm LLP, who remains counsel of record, will continue to represent Respondent.

3. Ms. Speakar's withdrawal will not result in any delay or prejudice to any party, as Respondent will continue to be represented by counsel in this matter.

4. This Motion is made in good faith and not for purposes of delay.

WHEREFORE, Kenneth W. Hartman, of Baird Holm LLP, on behalf Alexandra M. Speakar, respectfully requests that the Court enter an Order granting this Motion and permitting Ms. Alexandra M. Speakar's withdrawal as counsel of record in this matter, and for such other and further relief as the Court deems just and proper.

Dated this 15th day of May, 2026.

BANK OF THE VALLEY, Respondent,


By:    /s/ Kenneth W. Hartman
       Kenneth W. Hartman (NE# 21954)
       Alexandra A. Speakar (NE# 27937)
of     BAIRD HOLM LLP
       1700 Farnam Street, Suite 1500
       Omaha, NE  68102-2068
       Phone: 402-344-0500
       Email: khartman@bairdholm.com
       Email: aspeakar@bairdholm.com

7318015.2